# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MIGUEL ADRIAN ADAMS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-20-1185-D |
| MICHAL ECCELS, *et al.*, | ) |
| Defendants. | ) |

## **O R D E R**

This matter comes before the Court for review of the Supplemental Report and Recommendation [Doc. No. 36] and the Second Supplemental Report and Recommendation [Doc. No. 42] issued by Magistrate Judge Gary M. Purcell pursuant to 28 U.S.C. § 636(b)(1)(B). Judge Purcell recommends the denial of Plaintiff's motions for default judgment against Defendants. In the most recent report, Judge Purcell finds that Defendants Eccles, Knight, and Shea have not been properly served with process and that the deadline for Defendant Whitten to answer the Complaint has not expired.

Plaintiff is represented by counsel. Plaintiff has made no timely objection to either report. Instead, within the deadline to object to the second report, Plaintiff has obtained the issuance of alias summonses for Defendants Eccles, Knight, and Shea [Doc. No. 46]. Under these circumstances, the Court finds that Plaintiff has waived further review of the issues addressed in the reports. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Supplemental Report and Recommendation [Doc. No. 36] and the Second Supplemental Report and Recommendation [Doc. No. 42] are **ADOPTED**. Plaintiff's Motion for Default Judgment [Doc. No. 35] and Plaintiff's Second Motion for Default Judgment [Doc. No. 39] are **DENIED**.

**IT IS SO ORDERED** this 1st day of July, 2021.

TIMOTHY D. DeGIUSTI
Chief United States District Judge